```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ELLIOTT MANAGEMENT CORPORATION,

                      Plaintiff,

       - against -                          08 Civ. 1872 (JES)
                                                  ORDER
CEDAR HILL CAPITAL PARTNERS, LLC,
CEDAR HILL CAPITAL PARTNERS ONSHORE,
LP, CEDAR HILL CAPITAL PARTNERS
OFFSHORE, LTD, CEDAR HILL FUND
MANAGEMENT, LLC and all subsidiaries,
divisions and affiliates of CEDAR
HILL CAPITAL PARTNERS, LLC,

                      Defendants.
----------------------------------------X
```

Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on February 26, 2008, and plaintiff having sought a Preliminary Injunction against defendants, and the Court having considered all matters raised, it is

**ORDERED** that, as discussed at the aforementioned Conference, all discovery in the above-captioned action relating to plaintiff's application for a Preliminary Injunction shall be completed on or before March 26, 2008; and it is further

**ORDERED** that a Hearing on plaintiff's application for a Preliminary Injunction shall occur on March 27, 2008 at 1:00 p.m. in Courtroom 14C, 500 Pearl Street; and it is further

**ORDERED** that pending the Hearing, defendants and all persons or entities working in concert with them are temporarily enjoined from using in any way, directly or indirectly, or disclosing to any

person or entity, Elliott's confidential, proprietary and trade secret information including, but not limited to, any computer source code, executable code, software applications, computer structures, processes and any and all components of same (collectively, the "Software"), as well as any computer applications developed by or for Cedar Hill that contain any of Elliott's confidential, proprietary and trade secret information; and it is further

**ORDERED** that pending the Hearing, defendants and all persons or entities working in concert with them are temporarily enjoined, directly or indirectly, from interfering with the contractual relationships between Elliott and its agents, employees and representatives; and it is further

**ORDERED** that defendants and all persons or entities working in concert with them are temporarily mandated to preserve and not delete, erase, allow to spoliate, destroy, discard, obscure or otherwise dispose of any documents, electronic or otherwise, that in any way concern Elliott's confidential, proprietary and trade secret information.

Dated:   New York, New York
         February 26, 2008

_____
John E. Sprizzo
United States District Judge