Eric J. Wallach (ewallach@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)
Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Plaintiff
Elliott Management Corporation

**08 CV 01872**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ELLIOTT MANAGEMENT CORPORATION,            :
                                           :  Civil Action No.
                    Plaintiff,             :
                                           :
        vs.                                :  **NOTICE OF APPEARANCE**
                                           :
CEDAR HILL CAPITAL PARTNERS, LLC,          :
CEDAR HILL CAPITAL PARTNERS ONSHORE,       :
LP, CEDAR HILL CAPITAL PARTNERS            :
OFFSHORE, LTD, CEDAR HILL FUND             :
MANAGEMENT, LLC and all subsidiaries, divisions and :
affiliates of CEDAR HILL CAPITAL PARTNERS, :
LLC,                                       :
                                           :
                    Defendants.            :
-----------------------------------------------------------------x

    PLEASE TAKE NOTICE, that Kasowitz, Benson, Torres & Friedman LLP hereby

appears as counsel for Elliott Management Corporation in this action.

Dated:  New York, New York
        February 26, 2008

                        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                        */s/ Blythe E. Lovinger*

                        Eric J. Wallach (ewallach@kasowitz.com)
                        Blythe E. Lovinger (blovinger@kasowitz.com)
                        Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)

                        1633 Broadway
                        New York, New York 10019
                        (212) 506-1700