William McGuinness [william.mcguinness@friedfrank.com]
Peter L. Simmons [peter.simmons@friedfrank.com]
Henry Lebowitz [henry.lebowitz@friedfrank.com]
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

ELLIOTT MANAGEMENT CORPORATION,

       *Plaintiff,*     08 CV 01872 (JES)

 vs.

             **NOTICE OF**
CEDAR HILL CAPITAL PARTNERS, LLC, CEDAR **APPEARANCE**
HILL CAPITAL PARTNERS ONSHORE, LP, CEDAR
HILL CAPITAL PARTNERS OFFSHORE, LTD,
CEDAR HILL FUND MANAGEMENT, LLC and any
and all subsidiaries, divisions and affiliates of CEDAR
HILL CAPITAL PARTNERS, LLC,

       *Defendants.*

------------------------------------------------------------------- x

   PLEASE TAKE NOTICE that the undersigned hereby enter their appearance for defendants Cedar Hill Capital Partners LLC, Cedar Hill Capital Partners Onshore, LP, Cedar Hill Capital Partners Offshore, Ltd. and Cedar Hill Fund Management LLC and demand that a copy of all further papers in this action be served upon them.

Dated: March 3, 2008    FRIED, FRANK, HARRIS, SHRIVER
                & JACOBSON LLP

              By: _____
               William McGuinness
               Peter L. Simmons
               Henry Lebowitz
              One New York Plaza
              New York, New York 10004
              (212) 859-8000
564170             *Attorneys for Defendants*