William McGuinness [william.mcguinness@friedfrank.com]
Peter L. Simmons [peter.simmons@friedfrank.com]
Henry Lebowitz [henry.lebowitz@friedfrank.com]
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | | |
|---|---|---|
| ELLIOTT MANAGEMENT CORPORATION, | : | |
| | : | |
| *Plaintiff,* | : | 08 CV 01872 (JES) |
| | : | |
| vs. | : | **RULE 7.1 CORPORATE** |
| | : | **DISCLOSURE** |
| CEDAR HILL CAPITAL PARTNERS, LLC, CEDAR | : | **STATEMENT** |
| HILL CAPITAL PARTNERS ONSHORE, LP, CEDAR | : | |
| HILL CAPITAL PARTNERS OFFSHORE, LTD, | : | |
| CEDAR HILL FUND MANAGEMENT, LLC and any | : | |
| and all subsidiaries, divisions and affiliates of CEDAR | : | |
| HILL CAPITAL PARTNERS, LLC, | : | |
| | : | |
| *Defendants.* | : | |

------------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Cedar Hill Capital Partners LLC, Cedar Hill Capital Partners Onshore, LP, Cedar Hill Capital Partners Offshore, Ltd. and Cedar Hill Fund Management, LLC (together, "Cedar Hill") state that Cedar Hill has no parent corporation and that no publicly held corporation owns 10% or more of Cedar Hill's stock.

Dated:   March 3, 2008              FRIED, FRANK, HARRIS, SHRIVER
                                      & JACOBSON LLP

                                    By: _____
                                       William McGuinness
                                       Peter L. Simmons
                                       Henry Lebowitz
                                    One New York Plaza
                                    New York, New York 10004
                                    (212) 859-8000
564172                              *Attorneys for Defendants*