$SP(2,2Z_6,)$

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
                                                  :
ELLIOTT MANAGEMENT CORPORATION,                   :
                                                  :
                              Plaintiff,          :     **08 CV 01872 (JES)**
                                                  :
            -against-                             :
                                                  :     **STIPULATION**
CEDAR HILL CAPITAL PARTNERS, LLC,                 :
CEDAR HILL CAPITAL PARTNERS ONSHORE,:
LP, CEDAR HILL CAPITAL PARTNERS                   :
OFFSHORE, LTD, CEDAR HILL FUND                    :
MANAGEMENT, LLC and any and all                   :
subsidiaries, divisions and affiliates of         :
CEDAR HILL CAPITAL PARTNERS, LLC,                 :
                                                  :
                              Defendants.         :
--------------------------------------------------------------x

        WHEREAS the parties have begun discovery but have concluded that additional time is

appropriate to complete the discovery needed for the preliminary injunction hearing;

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for Plaintiff and Defendants, that:

        (1) the date of the preliminary injunction hearing currently scheduled for March 27, 2008

shall be adjourned to May 8, 2008, at 1:00 p.m. (the "Hearing");

        (2) pending the Hearing, the Defendants and all persons or entities working in concert

with them will continue to be bound by the terms of the temporary injunction in the Court's

February 26, 2008 (the "Order");

        (3) the parties will use this time to meet and confer to discuss outstanding scheduling and

discovery issues and conduct further discovery relating to the Hearing; and

        (4) Defendants' time to answer Plaintiff's Verified Complaint is extended to and

including two weeks following the conclusion of the Hearing.

Dated: New York, New York
      March 14, 2008


KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By:_____
      Eric J. Wallach, Esq.
      Blythe E. Lovinger, Esq.
      Joseph A. Piesco, Esq.
1633 Broadway
New York, New York 10019
212-506-1700
Attorneys for Plaintiff


FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By:_____
      William McGuiness, Esq.
      Peter L. Simmons, Esq.
      Henry Lebowitz, Esq.
One New York Plaza
New York, New York 10004
212-859-8455
Attorney for Defendants


Dated:   New York, New York
        March ___, 2008

_____
      John E. Sprizzo
      United States District Judge


2