Eric J. Wallach (ewallach@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)
Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiff*
Elliott Management Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ELLIOTT MANAGEMENT CORPORATION,              :    08 CV 01872 (JES)
                                             :
                    Plaintiff,               :
                                             :
         vs.                                 :    **NOTICE OF**
                                             :    **APPEARANCE**
CEDAR HILL CAPITAL PARTNERS, LLC,            :
CEDAR HILL CAPITAL PARTNERS ONSHORE,         :
LP, CEDAR HILL CAPITAL PARTNERS              :
OFFSHORE, LTD, CEDAR HILL FUND               :
MANAGEMENT, LLC and all subsidiaries, divisions and :
affiliates of CEDAR HILL CAPITAL PARTNERS,   :
LLC,                                         :
                                             :
                    Defendants.              :
-----------------------------------------------------------------x

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff Elliott Management Corporation in the above action.

DATED:   New York, New York
         March 27, 2008

                                        KASOWITZ, BENSON, TORRES
                                        & FRIEDMAN LLP

                                        _____
                                        Adam K. Grant (agrant@kasowitz.com)
                                        1633 Broadway
                                        New York, New York 10019
                                        (212) 506-1700