Eric J. Wallach (ewallach@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)
Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiff*
Elliott Management Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ELLIOTT MANAGEMENT CORPORATION,    :    08 CV 01872 (JES)
                                   :
                Plaintiff,         :
                                   :
       vs.                         :    **NOTICE OF**
                                   :    **APPEARANCE**
CEDAR HILL CAPITAL PARTNERS, LLC,  :
CEDAR HILL CAPITAL PARTNERS ONSHORE, :
LP, CEDAR HILL CAPITAL PARTNERS    :
OFFSHORE, LTD, CEDAR HILL FUND     :
MANAGEMENT, LLC and all subsidiaries, divisions and :
affiliates of CEDAR HILL CAPITAL PARTNERS, :
LLC,                               :
                                   :
                Defendants.        :
------------------------------------------------------------------x

   PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff

Elliott Management Corporation in the above action.

DATED:   New York, New York
         March 27, 2008

                                KASOWITZ, BENSON, TORRES
                                & FRIEDMAN LLP

                                _____
                                Daniel J. Fetterman (dfetterman@kasowitz.com)
                                1633 Broadway
                                New York, New York 10019
                                (212) 506-1700