William McGuinness [william.mcguinness@friedfrank.com]
Peter L. Simmons [peter.simmons@friedfrank.com]
Henry Lebowitz [henry.lebowitz@friedfrank.com]
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
ELLIOTT MANAGEMENT CORPORATION,

                    *Plaintiff,*

vs.

CEDAR HILL CAPITAL PARTNERS, LLC, CEDAR
HILL CAPITAL PARTNERS ONSHORE, LP, CEDAR
HILL CAPITAL PARTNERS OFFSHORE, LTD,
CEDAR HILL FUND MANAGEMENT, LLC and any
and all subsidiaries, divisions and affiliates of CEDAR
HILL CAPITAL PARTNERS, LLC,

                    *Defendants.*
-------------------------------------------------------------------x

08 CV 01872 (JES)

**STIPULATION AND
ORDER OF DISMISSAL**

      The parties having settled their dispute, IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this action is DISMISSED WITH PREJUDICE. Each party will bear its own costs and attorneys fees. The Clerk of the Court is requested to mark the case closed.

Dated: New York, New York
      May 21, 2008

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
|---|---|
| By: *(signature)* Eric J. Wallach | By: *(signature)* William McGuinness |
| Eric J. Wallach<br>Daniel J. Fetterman<br>Blythe E. Lovinger<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>*Attorneys for Plaintiff* | William McGuinness<br>Peter L. Simmons<br>Henry Lebowitz<br>One New York Plaza<br>New York, New York 10004<br>(212) 859-8000<br>*Attorneys for Defendants* |

SO ORDERERD:      *(signature)*
                             John E. Sprizzo
                             United States District Judge

5-22-08